JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATIBA CLARKE, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSAL CITY STUDIOS LLC; and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-09167-DSF (AGRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

i

1  The Court, having considered the Joint Stipulation to Dismiss Entire Action by Plaintiff ATIBA CLARKE and Defendant UNIVERSAL CITY STUDIOS LLC, hereby dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his/its own respective costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: November 7, 2023

_____
Hon. Dale S. Fischer
United States District Judge